# COUNTRY MOTOR SALES
3203 Suburban Road
Lynchburg, Virginia 24501
Tel: (434) 821-3304

DATE _____

PLEASE ENTER MY ORDER FOR THE FOLLOWING:

☐ New  ☐ Used  ☐ Demonstrator  ☐ Car  ☐ Truck  ☐ Motorcycle  ☐ Trailer

KEY NOS _____ E W _____ G W _____

SPECIFIED IN THE FOLLOWING ODOMETER STATEMENT

PURCHASERS 1) _____
2) _____
HOME ADDRESS _____
CITY, STATE, ZIP _____
HOME PHONE _____ BUS. PHONE _____

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, ____COUNTRY MOTOR SALES____, state that the odometer
(transferor's name – PRINT)
(of the vehicle described below) now reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING– ODOMETER DISCREPANCY

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| VEHICLE ID-NUMBER | | |
| COLOR | TRIM | YEAR | STOCK# |

| TRANSFEROR'S PRINTED NAME (SELLER) |
|---|
| COUNTRY MOTOR SALES |
| TRANSFEROR'S STREET ADDRESS |
| 3203 SUBURBAN ROAD |

| CITY | STATE | ZIP CODE |
|---|---|---|
| LYNCHBURG | VA | 24501 |

DATE OF STATEMENT    TRANSFEROR'S SIGNATURE (SELLER)
_____    X _____
                     X _____
                        PRINTED NAME OF PERSON SIGNING

| TRANSFEREE'S PRINTED NAME (BUYER) |
|---|
| STREET ADDRESS |

| CITY | STATE | ZIP CODE |
|---|---|---|

RECEIPT OF COPY ACKNOWLEDGED

TRANSFEREE'S SIGNATURE – BUYER         DATE
PRINTED NAME OF PERSON SIGNING         DATE

| MAKE | BODY TYPE | YEAR | MODEL |
|---|---|---|---|
| VEHICLE ID-NUMBER | | | LAST PLATE # |
| COLOR | TRIM | TITLE NUMBER | MILEAGE |
| EXISTING LIEN HOLDER | ADDRESS | | ACCOUNT # |
| BALANCE DUE | QUOTED BY | QUOTED PAYOFF PERIOD | |

TRADE IN

## NO LIABILITY INSURANCE INCLUDED

| 1) Base Price of Vehicle _____ | 1) $ _____ |
|---|---|
| 2) Accessories or Modifications _____ | 2) $ _____ |
| _____ | |
| _____ | |
| _____ | |
| PROCESSING FEE | |

FOR "AS IS" SALE ONLY:
I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED. (SEE #10 ON REVERSE SIDE)
DATE _____ SIGNATURE _____

(3) TOTAL VEHICLE PRICE (1 + 2)                     3) $ _____
(4) TRADE-IN ALLOWANCE
     A) GROSS ALLOWANCE             $ _____
     B) LESS BALANCE OWING (ESTIMATED) $ _____
     C) NET TRADE-IN (A - B)        $ _____     4) $ _____
(5) VEHICLE CASH PRICE (3 - 4)                      5) $ _____
(6) OTHER CHARGES:
$ _____  $ _____  $ _____
LICENSE FEES  TITLE FEE  TITLE TAX
$ _____
UMV FEE    NVTA/HRTA FEES: 1% _____    License _____
DEALER BUSINESS LICENSE TAX         $ _____
PURCHASERS ON-LINE SYSTEMS FILING FEE  $ _____
OTHER _____              $ _____    6) $ _____
(7) TOTAL SELLING PRICE (5+6)                      7) $ _____
(8) DEPOSIT $ _____ DOWN PAYMENT $ _____         8) $ _____
(9) BALANCE DUE AT SETTLEMENT (7-8)                9) $ _____

| PURCHASER'S INSURANCE CO. | ADDRESS | PHONE |
|---|---|---|

**THE FRONT AND BACK OF THIS ORDER COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE.**

By executing this Order, Purchaser acknowledges he has read and agrees to be bound by all of its terms and has received a fully completed copy. Purchaser certifies he/she is 18 years of age or older. If this transaction is to be a retail installment sale, this contract is not effective unless financing is obtained on terms satisfactory to the parties.

CREDIT SALES– for sales involving dealer-arranged financing (§ 46.2-1530) see ¶ 9 on back of this form.

Signed (1) _____
       Purchaser                          Drivers Lic. # _____

       (2) _____
       Purchaser                          Drivers Lic. # _____

Salesman _____

This Order is not valid unless signed and accepted by authorized representative of the Dealership.

Date: _____

Approved _____
Authorized Representative of Dealership

VIA7A  12/07  © 2007 by Virginia Independent Automobile Dealers Association

## ADDITIONAL CONDITIONS OF SALE

It is further understood and agreed that the order on the reverse side hereof is subject to the following terms and conditions:

1. If the used motor vehicle which has been traded in as a part of the consideration for the motor vehicle purchased hereunder is not to be delivered to Dealer until delivery to Purchaser of such motor vehicle, the used motor vehicle may be reappraised at that time by the Dealer and such reappraised value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Order, and such lower value is not the result of damage to the vehicle incurred subsequent to the original appraisal, Purchaser may, if dissatisfied therewith, cancel this Order provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to Dealer.

2. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be his property free and clear of all liens and encumbrances and that the title is free and clear of all indicators such as police, taxi, flood damaged, reconstructed or any other indicator that would adversely affect the value of such vehicle except as otherwise noted herein.

3. Unless this Order shall have been cancelled by Purchaser under and in accordance with the provisions of this contract, Dealer shall have the right, upon failure or refusal of Purchaser to accept delivery of the motor vehicle purchased hereunder and to comply with the terms of this Order, to retain as liquidated damages any cash deposit made by Purchaser, and, in the event a used motor vehicle has been traded in as a part of this consideration for the motor vehicle purchased hereunder, to sell such used motor vehicle and reimburse himself out of the proceeds of such sale for the expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser.

4. Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

5. Unless otherwise expressly provided, the purchase price for the vehicle specified on the reverse side hereof does not include any taxes imposed by any governmental authority with respect to such vehicle prior to or at the time of delivery of such vehicle to the Purchaser; the Purchaser assumes and agrees to pay any and all such taxes, and any and all other taxes, except income taxes, imposed on or incidental to the transaction covered by this Order, regardless of who may have the primary tax liability.

6. Any motor vehicle sold to Purchaser by Dealer under this Order is sold WITHOUT WARRANTY, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE as to its condition or the condition of any part thereof except as may be specifically provided in a separate writing furnished to Purchaser by Dealer. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME OR ANY OTHER INCIDENTAL DAMAGES. The seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of such vehicle. This disclaimer in no way affects the terms of any remaining Manufacturer's warranty.

7. In the case of a cash transaction, title to the ordered vehicles shall not pass to the Purchaser until the Dealer shall have received in cash, the full amount of the balance due on settlement. In the event that the transaction covered by this Order is not a cash transaction, Purchaser agrees to execute, before or at the time of delivery of the ordered vehicle, such conditional sales contracts and other instruments as may be required by Dealer.

8. Any amount marked as an "estimate" on this agreement is based on the best information available to Dealer and is subject to change when the true amount is determined. Purchaser agrees to such changes in the terms hereon as may be necessary to reflect the correction of any such estimate.

9. "For sales involving dealer-arranged financing, the following notice applies. THIS SALE IS CONDITIONED UPON APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALES CONTRACT AS SUBMITTED TO OR THROUGH THE DEALER. IF THAT PROPOSED RETAIL INSTALLMENT SALES CONTRACT IS NOT APPROVED UNDER THE TERMS AGREED TO WITH THE DEALER, YOU MAY CANCEL THIS SALE AND ANY DOWNPAYMENT AND/OR TRADE-IN YOU SUBMITTED WILL BE RETURNED TO YOU, PROVIDED THAT ANY VEHICLE DELIVERED TO YOU BY THE DEALER PURSUANT TO THIS AGREEMENT IS RETURNED TO THE DEALER IN THE SAME CONDITION AS DELIVERED TO YOU, NORMAL WEAR AND TEAR EXCEPTED, WITHIN TWENTY-FOUR HOURS OF WRITTEN OR ORAL NOTICE TO YOU OF THE CREDIT DENIAL."

10. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. UNDER VIRGINIA LAW, FAILURE TO PROVIDE THIS OR AN "AS IS" SALE DISCLOSURE MAY SUBJECT DEALER TO UP TO $1,000 CIVIL PENALTY, AND MAY ALLOW BUYER TO CANCEL SALE WITHIN 30 DAYS.

REV. 6/95     © 2007 by Virginia Independent Automobile Dealers Association