UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| MICHAEL J. HUMMEL,<br><br>      Plaintiff,<br><br>  v.<br><br>DAVID W. HALL, t/a<br>COUNTRY MOTOR SALES,<br><br>      Defendant. | Case No.: 6:11-cv-12 |

### REQUEST FOR ENTRY OF DEFAULT

Comes now, Plaintiff, by counsel, and requests that the clerk enter a default against the Defendant on the basis that the record in this case demonstrates that there has been a failure by Defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

      Respectfully submitted,
      MICHAEL J. HUMMEL
      By Counsel

  /s/ Jeremy P. White
Jeremy P. White, Esquire
Virginia Legal Aid Society, Inc.
PO Box 6200
513 Church Street
Lynchburg, VA 24505
Phone: 434.846.1326
Fax:    434.846.3826
SBN:   48917
jeremyw@vlas.org
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing was mailed by first class mail to Defendant, David Hall, 3203 Suburban Road, Lynchburg, VA 24501, on the 30th day of August, 2011.


/s/ Jeremy P. White
Jeremy P. White, Esq.