UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

MICHAEL J. HUMMEL,

    Plaintiff,

v.

DAVID W. HALL, t/a

COUNTRY MOTOR SALES,

    Defendant.

Case No.: 6:11-cv-12

# AFFIDAVIT

The affiant being duly sworn on oath, deposes and says:

1. I am the Plaintiff in the above-captioned case.
2. My counsel has advised me that statutory damages for the alleged Truth in Lending violations are two thousand dollars ($2000.00).
3. I have made twelve payments of two hundred fifty dollars ($250.00) each.
4. I have paid three thousand dollars ($3000.00) to David W. Hall toward the purchase of the 1992 Honda Accord VIN 1HGCB7652NL001838 ("the vehicle").
5. I did not agree, either orally or in writing, to an interest rate for the vehicle's financing.
6. Of the $3000.00 paid, at 28% interest, approximately $1023.41 were interest payments.
7. David W. Hall d/b/a Country Motor Sales has a lien noted on the title to the vehicle.
8. My counsel has advised me that usury damages are $3070.23.
9. The total amount of damages is $5070.23.

10. David W. Hall is not a member of the United States military.

                                              _____
                                              Michael Hummel

STATE OF VIRGINIA        ) TO-WIT:
CITY/COUNTY OF Lynchburg )

Subscribed and sworn to before me this 12th day of March, 2012.

_Gloria H. Robinson_
Notary Public

My commission expires: July 31, 2015

[Notary seal: GLORIA H. ROBINSON, NOTARY PUBLIC, REG. #205501, MY COMMISSION EXPIRES 7/31/15, COMMONWEALTH OF VIRGINIA]

2