EXHIBIT B

Schedule of Payments                                                    Page: 1

Prepared using software associated with the
publications of the National Consumer Law Center

March 12, 2012

hummel

|  |  |
|---|---|
| Amount Financed: | $4,500.00 |
| Finance Charge: | $1,428.00 |
| Total of Payments: | $5,928.00 |
| Amount of most common payment: | $247.00 |
| Number of Payments (Monthly): | 24 |
| Number of days in irregular first period: | NA |
| Amount of any irregular first payment: | NA |
| Amount of any irregular final payment: | NA |
| Annual Percentage Rate (APR): | 28.0008% (28.00%) |

| Pmt # | Month | Payment | Applied To Interest | Applied To Principal | Remaining Balance |
|---|---|---|---|---|---|
| **Year # 1** | | | | | |
| 1 | 1 | $247.00 | $105.00 | $142.00 | $4,358.00 |
| 2 | 2 | $247.00 | $101.69 | $145.31 | $4,212.69 |
| 3 | 3 | $247.00 | $98.30 | $148.70 | $4,063.99 |
| 4 | 4 | $247.00 | $94.83 | $152.17 | $3,911.82 |
| 5 | 5 | $247.00 | $91.28 | $155.72 | $3,756.10 |
| 6 | 6 | $247.00 | $87.64 | $159.36 | $3,596.74 |
| 7 | 7 | $247.00 | $83.93 | $163.07 | $3,433.67 |
| 8 | 8 | $247.00 | $80.12 | $166.88 | $3,266.79 |
| 9 | 9 | $247.00 | $76.23 | $170.77 | $3,096.02 |
| 10 | 10 | $247.00 | $72.24 | $174.76 | $2,921.26 |
| 11 | 11 | $247.00 | $68.16 | $178.84 | $2,742.42 |
| 12 | 12 | $247.00 | $63.99 | $183.01 | $2,559.41 |
| | Totals for year 1: | | $1,023.41 | $1,940.59 | |
| **Year # 2** | | | | | |
| 13 | 1 | $247.00 | $59.72 | $187.28 | $2,372.13 |
| 14 | 2 | $247.00 | $55.35 | $191.65 | $2,180.48 |
| 15 | 3 | $247.00 | $50.88 | $196.12 | $1,984.36 |
| 16 | 4 | $247.00 | $46.30 | $200.70 | $1,783.66 |
| 17 | 5 | $247.00 | $41.62 | $205.38 | $1,578.28 |
| 18 | 6 | $247.00 | $36.83 | $210.17 | $1,368.11 |
| 19 | 7 | $247.00 | $31.92 | $215.08 | $1,153.03 |
| 20 | 8 | $247.00 | $26.90 | $220.10 | $932.93 |
| 21 | 9 | $247.00 | $21.77 | $225.23 | $707.70 |
| 22 | 10 | $247.00 | $16.51 | $230.49 | $477.21 |
| 23 | 11 | $247.00 | $11.14 | $235.86 | $241.35 |
| 24 | 12 | $246.98 | $5.63 | $241.35 | $.00 |
| | Totals for year 2: | | $404.57 | $2,559.41 | |
| | Totals for all years: | | $1,427.98 | $4,500.00 | |

Schedule of Payments                                                Page: 1

Prepared using software associated with the
publications of the National Consumer Law Center

March 12, 2012

hummel

|  |  |
|---:|---:|
| Amount Financed: | $4,500.00 |
| Finance Charge: | $286.80 |
| Total of Payments: | $4,786.80 |
| Amount of most common payment: | $199.45 |
| Number of Payments (Monthly ): | 24 |
| Number of days in irregular first period: | NA |
| Amount of any irregular first payment: | NA |
| Amount of any irregular final payment: | NA |
| Annual Percentage Rate (APR): | 6.0036% (6.00%) |

| Pmt # | Month | Payment | Applied To Interest | Applied To Principal | Remaining Balance |
|---|---|---|---|---|---|
| Year # 1 | | | | | |
| 1 | 1 | $199.45 | $22.51 | $176.94 | $4,323.06 |
| 2 | 2 | $199.45 | $21.63 | $177.82 | $4,145.24 |
| 3 | 3 | $199.45 | $20.74 | $178.71 | $3,966.53 |
| 4 | 4 | $199.45 | $19.84 | $179.61 | $3,786.92 |
| 5 | 5 | $199.45 | $18.95 | $180.50 | $3,606.42 |
| 6 | 6 | $199.45 | $18.04 | $181.41 | $3,425.01 |
| 7 | 7 | $199.45 | $17.14 | $182.31 | $3,242.70 |
| 8 | 8 | $199.45 | $16.22 | $183.23 | $3,059.47 |
| 9 | 9 | $199.45 | $15.31 | $184.14 | $2,875.33 |
| 10 | 10 | $199.45 | $14.39 | $185.06 | $2,690.27 |
| 11 | 11 | $199.45 | $13.46 | $185.99 | $2,504.28 |
| 12 | 12 | $199.45 | $12.53 | $186.92 | $2,317.36 |
| | Totals for year 1: | | $210.76 | $2,182.64 | |
| Year # 2 | | | | | |
| 13 | 1 | $199.45 | $11.59 | $187.86 | $2,129.50 |
| 14 | 2 | $199.45 | $10.65 | $188.80 | $1,940.70 |
| 15 | 3 | $199.45 | $9.71 | $189.74 | $1,750.96 |
| 16 | 4 | $199.45 | $8.76 | $190.69 | $1,560.27 |
| 17 | 5 | $199.45 | $7.81 | $191.64 | $1,368.63 |
| 18 | 6 | $199.45 | $6.85 | $192.60 | $1,176.03 |
| 19 | 7 | $199.45 | $5.88 | $193.57 | $982.46 |
| 20 | 8 | $199.45 | $4.92 | $194.53 | $787.93 |
| 21 | 9 | $199.45 | $3.94 | $195.51 | $592.42 |
| 22 | 10 | $199.45 | $2.96 | $196.49 | $395.93 |
| 23 | 11 | $199.45 | $1.98 | $197.47 | $198.46 |
| 24 | 12 | $199.45 | $.99 | $198.46 | $.00 |
| | Totals for year 2: | | $76.04 | $2,317.36 | |
| | Totals for all years: | | $286.80 | $4,500.00 | |